BRENTON L. HORNER (SBN 92399)
LISA A. GALLO (SBN 201909)
Horner & Associates
205 South Broadway, Suite 905
Los Angeles, CA  90012
Telephone:  (213) 680-1716
Fax:  (213) 680-1905
Email:  bhornerlaw@aol.com

Attorneys for Plaintiff
Allied Artists International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED ARTISTS INTERNATIONAL, INC., a Nevada Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT N. ROOKS; ALLIED ARTISTS PICTURES CORPORATION, a California Corporation; ALLIED ARTISTS PICTURES CORPORATION, a Nevada Corporation; DARRON CARR; CARLTON JINKENS; JAMMIE PADILLA; MARK NOLTE ; and JOHN DOES 1-15, Inclusive,<br><br>　　　　　　　Defendants. | Case No.  CV08-08116-GAF(RZx)<br><br>**PLAINTIFF ALLIED ARTISTS INTERNATIONAL, INC.'S REQUEST TO ENTER DEFAULT** |

　　TO:  THE CLERK OF THE ABOVE-ENTITLED COURT

　　Plaintiff Allied Artists International, Inc. ("AAI") hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants ROBERT N. ROOKS; ALLIED ARTISTS PICTURES CORPORATION, a California Corporation; ALLIED

1

ARTISTS PICTURES CORPORATION, a Nevada Corporation; DARRON CARR; CARLTON JINKENS; JAMMIE PADILLA; and MARK NOLTE, individually, on the ground that said defendants, and each of them, have failed to appear or otherwise respond to AAI's Complaint within the time prescribed by the Federal Rules of Civil Procedure.  AAI served its Complaint and Summons in this matter on December 11, 2008, as evidenced by the proof of service of Summons and Complaint on file with this Court.

      The above stated facts are set forth in the accompanying Declaration of Brenton L. Horner filed herewith.

Dated:  January 12, 2009

_____
Brenton L. Horner
Attorneys for Plaintiff
ALLIED ARTISTS INTERNATIONAL, INC.

**PLAINTIFF ALLIED ARTISTS INTERNATIONAL, INC.'S REQUEST TO ENTER DEFAULT**