1  BRENTON L. HORNER (SBN 92399)
   LISA A. GALLO (SBN 201909)
2  Horner & Associates
   205 South Broadway, Suite 905
3  Los Angeles, CA  90012
   Telephone:  (213) 680-1716
4  Fax:  (213) 680-1905
   Email:  bhornerlaw@aol.com
5

6  Attorneys for Plaintiff
   Allied Artists International, Inc.
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ALLIED ARTISTS INTERNATIONAL, INC., a Nevada Corporation, | Case No.  CV08-08116-GAF(RZx) |
| 13 | |
| 14            Plaintiff, | **DECLARATION OF BRENTON L. HORNER IN SUPPORT OF PLAINTIFF ALLIED ARTISTS INTERNATIONAL, INC.'S REQUEST TO ENTER DEFAULT** |
| 15        vs. | |
| 16  ROBERT N. ROOKS; ALLIED ARTISTS PICTURES CORPORATION, a California Corporation; ALLIED ARTISTS PICTURES CORPORATION, a Nevada Corporation; DARRON CARR; CARLTON JINKENS; JAMMIE PADILLA; MARK NOLTE ; and JOHN DOES 1-15, Inclusive, | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21            Defendants. | |

22

23

24

25        I, Brenton L. Horner, declare as follows:

26        1.    I am an attorney licensed to practice in California and before this Court.  I

27  am the senior partner of Horner & Associates, and lead counsel for Allied Artists

28  International, Inc. ("AAI") in this matter.  I submit this declaration in support of AAI's

                                        1

---

**DECLARATION IN SUPPORT OF PLAINTIFF ALLIED ARTISTS INTERNATIONAL, INC.'S
REQUEST TO ENTER DEFAULT**

Request for Default. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of AAI's Complaint against defendants for Trademark Infringement, Unfair Competition and False Description arising under §§ 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114(1) (Trademark Infringement) and 1125(a) (Unfair Competition and False Description) and for Injury to Business Reputation. The Complaint was served on each of the defendants on December 11, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of the Summons, also served on each of the defendants on December 11, 2008.

4. Attached hereto as Exhibit C are true and correct copies of the Proof of Service of Summons and Complaint on each of the defendants, each dated December 11, 2008.

5. Under Rule 12 of the Federal Rules of Civil Procedure, the defendants were required to respond, answer or otherwise plead to AAI's Complaint by January 10, 2009. None of the defendants nor anyone claiming to represent any of the defendants have contacted anyone at Horner & Associates to request an extension to respond to AAI's Complaint.

6. As of January 12, 2009, none of the defendants have served Horner & Associates with a response, answer or pleading to AAI's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of January, 2009 at Los Angeles, California.

_____
Brenton L. Horner
Attorneys for Plaintiff
ALLIED ARTISTS INTERNATIONAL, INC.

**DECLARATION IN SUPPORT OF PLAINTIFF ALLIED ARTISTS INTERNATIONAL, INC.'S REQUEST TO ENTER DEFAULT**