1   BRENTON L. HORNER (SBN 92399)
    LISA A. GALLO (SBN 201909)
2   Horner & Associates
    205 South Broadway, Suite 905
3   Los Angeles, CA  90012
    Telephone:  (213) 680-1716
4   Fax:  (213) 680-1905
    Email:  bhornerlaw@aol.com
5

6   Attorneys for Plaintiff
    Allied Artists International, Inc.
7

8

9                  **UNITED STATES DISTRICT COURT**

10                **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ALLIED ARTISTS INTERNATIONAL,       Case No.  CV08-08116-GAF(RZx)
    INC., a Nevada Corporation,
13
                                        **CERTIFICATE OF SERVICE RE:**
14            Plaintiff,                **PLAINTIFF ALLIED ARTISTS**
                                        **INTERNATIONAL, INC'S REQUEST**
15      vs.                             **TO ENTER DEFAULT**

16  ROBERT N. ROOKS; ALLIED ARTISTS
    PICTURES CORPORATION, a California
17  Corporation; ALLIED ARTISTS PICTURES
    CORPORATION, a Nevada Corporation;
18  DARRON CARR; CARLTON JINKENS;
    JAMMIE PADILLA; MARK NOLTE ; and
19  JOHN DOES 1-15, Inclusive,
20
              Defendants.
21

22

23

24

25

26

27

28

                                  1

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA          )
                             )    ss.
COUNTY OF LOS ANGELES        )

     I am in the employ of the Law Offices of Horner and Associates; I am over the age of 18 and not a party to the within action; my business address is 205 South Broadway, Suite 905, Los Angeles, California 90012.

On the date indicated below, I served the foregoing document(s) described as:

**ALLIED ARTISTS INTERNATIONAL, INC.'S REQUEST TO ENTER DEFAULT**

on all interested parties in this action by placing a true copy thereof enclosed in separate sealed envelopes addresses as set forth below:

| | |
|---|---|
| Robert N. Rooks<br>880 West 1st Street<br>Los Angeles, California  90012 | Allied Artists Pictures Corporation<br>A California Corporation<br>880 West 1st Street<br>Los Angeles, California  90012 |
| Allied Artists Pictures Corporation<br>A Nevada Corporation<br>880 West 1st Street<br>Los Angeles, California  90012 | Darron Carr<br>880 West 1st Street<br>Los Angeles, California  90012 |
| Carlton Jinkens<br>880 West 1st Street<br>Los Angeles, California  90012 | Jammie Padilla<br>880 West 1st Street<br>Los Angeles, California  90012 |
| Mark Nolte<br>880 West 1st Street<br>Los Angeles, California  90012 | |

**[ X ]   (BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[  ]   (BY OVERNIGHT DELIVERY)** I caused personal delivery of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person shown on the envelope and by sealing the envelope and placing it for collection and delivery fees paid or provided for in accordance with ordinary business practices.

     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on January 12, 2008, at Los Angeles, California.

_____
Sergio D. Ramos

2