**LINKS:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-08116-GAF (RZx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Allied Artists International, Inc. v. Robert N. Rooks et al | | |

| Present: The Honorable | **GARY ALLEN FEESS**, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**        **(In Chambers)**

## ORDER TO SHOW CAUSE

Defendants' out of state attorney JOHN G. CHUPA ("Counsel") has failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee.  Accordingly, Defendants are **ORDERED TO SHOW CAUSE** by the close of business on **Monday, September 21, 2009** why the Court should allow Counsel to represent Defendants before this Court.  Submission of a pro hac vice application with the appropriate fees will satisfy this Order.

IT IS SO ORDERED.